# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *    CRIMINAL NO. 09-00237-CG |
| v. | * |
| | * |
| FRANKIE ANTHONY SCOTT | * |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on January 26, 2010, a Plea Agreement was entered by Defendant, **FRANKIE ANTHONY SCOTT**, and the United States of America, which Plea Agreement provided that the Defendant, **FRANKIE ANTHONY SCOTT**, would enter a plea of guilty to Count One of the indictment charging him with possession with the intent to distribute crack cocaine in violation of Title 21, United States Code, §841(a)(1). The defendant agreed in the Plea Agreement to immediately forfeit to the United States all of the defendant's right, title, and interest to all property which is set forth in Count Two of the indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to that Plea Agreement, the defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the defendant at any time after the guilty plea and before his sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3). Pursuant to the Plea Agreement, Defendant, **FRANKIE ANTHONY SCOTT**, agreed to and confessed to forfeit the following property:

> **(1) $2,728.00 (Two thousand, seven hundred and twenty-eight dollars) in United States currency seized from defendant's vehicle on February 11, 2009.**

1

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting March 25, 2010, on www.forfeiture.gov . A Proof of Publication was filed on April 26, 2010, (Doc. 32), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**(1) $2,728.00 (Two thousand, seven hundred and twenty-eight dollars) in United States currency seized from defendant's vehicle on February 11, 2009.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney George F. May.

**DONE** and **ORDERED** this 2nd day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE